**R L ELDRIDGE CONSTRUCTION INC; Texas Mutual Insurance Company, Petitioners**

v.

**DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S. Department of Labor, Son Nguyen, Respondents.**

No. 06–60423.

United States Court of Appeals, Fifth Circuit.

May 3, 2007.

Peter Thompson, for Petitioners.

Benefits Review Board, Donald Shire, U.S. Department of Labor, Washington, DC, Chris J. Gleasman, U.S. Department of Labor OWCP–Longshore Division, Houston, TX, for Respondents.

Son Nguyen, pro se.

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The Decision and Order of the Benefits Review Board, holding that substantial evidence supported the decision of the administrative law judge that the employer and carrier failed to establish the existence of

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

suitable alternative employment for the claimant, is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.